UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEE EDWARD PEYTON,

    Plaintiff,

    v.

RANDY GROUNDS,

    Defendant.

Case No. 13-cv-04232-VC

**ORDER DIRECTING DOCKETING CLERK TO STRIKE DOCKET NUMBER 19**

Re: Dkt. No. 19

On September 5, 2014, the Clerk of the Court entered docket number 19 in error. The Clerk of the Court is directed to strike docket number 19.

**IT IS SO ORDERED.**

Dated: October 7, 2014

_____
VINCE CHHABRIA
United States District Judge