1  KAMALA D. HARRIS
   Attorney General of California
2  MARISA Y. KIRSCHENBAUER
   Supervising Deputy Attorney General
3  ELLIOTT T. SEALS
   Deputy Attorney General
4  State Bar No. 277491
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102-7004
    Telephone: (415) 703-1640
6   Fax: (415) 703-5843
    E-mail: Elliott.Seals@doj.ca.gov
7  *Attorneys for Defendant Grounds*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LEE EDWARD PEYTON,** | C 13-04232 VC (PR) |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER REVOKING PLAINTIFF'S *IN FORMA PAUPERIS* STATUS** |
| v. | |
| **RANDY GROUNDS,** | Judge: The Honorable Vince Chhabria |
| Defendant. | Action Filed: September 12, 2013 |

Under Federal Rule of Evidence 201, Defendant Grounds requests that the Court take judicial notice of the following district court actions previously filed by Plaintiff, identified by Public Access to Court Electronic Records (PACER) search results and true and correct copies that are attached as follows:

///

///

///

///

///

1

| Exhibit | Case and Court Documents |
|---|---|
| A | *Peyton v. Aston*, **04-9577 FMC (AJW)**: Report and Recommendation recommending dismissal of Plaintiff's complaint for failure to state a claim (Doc. no. 12); Order adopting Report and Recommendation (Doc. no. 16); Judgment. (Doc. no. 17.) |
| B | *Peyton v. Felker*, **case no. 2:08-cv-00639 HWG**: Order dismissing claim with leave to amend for failure to state a claim and noting that failure to amend will count as a strike (Doc. no. 20); judgment (Doc. no. 21.) |
| C | *Peyton v. City and County of Ventura, et al.,* **10-5313 UA (AJW)**: Report and Order dismissing Plaintiff's complaint for failure to state a claim and noting that dismissal constitutes a strike. (Doc. no. 2.) |
| D | *Peyton v. Dammeyer,* **10-5309 UA (AJW)**: Report and Order that complaint be dismissed for failure to state a claim. (Doc. no. 2.) |

Judicial notice is appropriate where the fact is not subject to reasonable dispute because it is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Court may properly take judicial notice of public records, including its own records and the records of other courts. *U.S. v. Wilson,* 631 F.2d 118, 119 (9th Cir. 1980); *Pavone v. Citicorp Credit Servs., Inc.,* 60 F. Supp. 2d 1040, 1045 (S.D. Cal. 1997).

Dated: November 24, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General

*/s/ Elliott T. Seals*
ELLIOTT T. SEALS
Deputy Attorney General
*Attorneys for Defendant Grounds*

SF2014409659
41140070.doc