UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEE EDWARD PEYTON,

    Plaintiff,

    v.

RANDY GROUNDS,

    Defendant.

Case No. 13-cv-04232-VC

**JUDGMENT**

    For the reasons stated in the Order Granting the Motion for Voluntary Dismissal, this case is DISMISSED without prejudice to Peyton's paying the full filing fee. Judgment is entered accordingly. The parties shall bear their own costs of suit.

    The Clerk shall close the file.

    **IT IS SO ORDERED**.

Dated: February 20, 2015

VINCE CHHABRIA
United States District Judge